# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JIMMY ASHLEY                                        PLAINTIFF

v.                    No. 3:16-cv-322-DPM

PROPERTY VENTURES, LLC                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 3 August 2018 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

3 August 2017